**Bryan Cave Leighton Paisner LLP**
AirWairCounsel.AWSM@bclplaw.com

Jennifer L. Campbell, 112511
Allison Krashan, 162709
701 Fifth Avenue, Ste 42.
Seattle, WA 98104
(206) 600-6650

K. Lee Marshall, *pro hac pending*
Alexandra C. Whitworth, *pro hac pending*
Sebastian E. Kaplan, pro hac pending
Courtney Thompson, pro hac pending
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111
(415) 675-3400

*Attorneys for Plaintiffs*
*AirWair International Ltd. &*
*Dr. Martens AirWair USA, LLC*

Bryan Cave Leighton Paisner LLP
Attorneys at Law
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
206-660-6650

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD; DR. MARTENS AIRWAIR USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MADDEN LTD.; CP INTERNATIONAL CORP.; and DOES 1–50<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>**Demand for Jury Trial** |

FRCP 7.1 Disclosure Statement                1

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs AirWair International Ltd. and Dr. Martens AirWair USA, LLC, provide the following corporate information:

- Plaintiff AirWair International Ltd., party to this action, is a wholly owned subsidiary of non-party Dr. Martens AirWair Group Ltd.
- Plaintiff Dr. Martens AirWair USA, LLC, party to this action, is a subsidiary of non-parties Dr. Martens AirWair Group Ltd. and AirWair Ltd.

Dated: August 23, 2023

	*[signature]*
	_____
	Jennifer L. Campbell, 112511

Bryan Cave Leighton Paisner LLP
Attorneys at Law
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
206-660-6650