...

**Bryan Cave Leighton Paisner LLP**
Jennifer L. Campbell, 112511
Allison Krashan, 162709
701 Fifth Avenue, Ste 42.
Seattle, WA 98104
(206) 600-6650

K. Lee Marshall, *pro hac vice*
Alexandra C. Whitworth, *pro hac vice*
Sebastian E. Kaplan, *pro hac vice*
Courtney Thompson, *pro hac vice*
AirWairCounsel.AWSM@bclplaw.com
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111
(415) 675-3400

*Attorneys for Plaintiffs*
*AirWair International Ltd. &*
*Dr. Martens AirWair USA, LLC*

*Attorney information continued on last page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AIIRWAIR INTERNATIONAL LTD; DR. MARTENS AIRWAIR USA, LLC,
_____,

                   Plaintiff(s),

v.

STEVEN MADDEN LTD.; CP INTERNATIONAL CORP.; and DOES 1-50,
                   Defendant(s).
_____

Case No.: 3:23-cv-01227-AN

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☑ (c) ADR may be helpful at a later date following completion of:

Initial discovery
_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

_____

Dated: 1/22/2024              By: /s/ Alexandra Whitworth

                            Alexandra Whitworth
                            Attorney for Plaintiffs

                       By: /s/ Thomas Hart

                            Thomas Hart
                            Attorney for Defendant Steven Madden LTD.

Timothy W. Snider, OSB No. 034577
Timothy.snider@stoel.com
Nathan C. Brunette, OSB No. 090913
Nathan.brunette@stoel.com
STOEL RIVES LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR 97205
Telephone: (503) 294-9557

Floyd A. Mandell (*pro hac vice*)
Floyd.mandell@katten.com
Julia L. Mazur (*pro hac vice*)
Julia.mazur@katten.com
Matthew Hartzler (*pro hac vice* application pending)
Matthew.hartzler@katten.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
Telephone: (312) 902-5200

Douglas A. Miro (*pro hac vice*)
dmiro@arelaw.com
Olivia A. Harris (*pro hac vice*)
oharris@arelaw.com
AMSTER ROTHSTEIN & EBENSTEIN LLP
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 336-8000

*Attorneys for Defendant/Counter-Claimant,
Steven Madden, Ltd.*