# Exhibit A

Attached to AirWair's Response to Steve Madden's Motion

for Judgment on the Pleadings

Case No. 3:23-cv-1227-AN

# EXHIBIT 6





















 Asos

 

Pull&Bear faux suede lace front chunky sole boots in taupe

$77.00* · **Out of stock** · Brand: Pull&Bear

Shop the latest Pull&Bear faux suede lace front chunky sole boots in taupe trends with ASOS! Free delivery and returns (Ts&Cs apply), order today!

* Check website for latest pricing and availability. Images may be subject to copyright. Learn More

**RELATED IMAGES**                                                                          **SEE MORE**



